■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCELLA MACK, Appellant. [771 NYS2d 788]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Mario J. Rossetti, A.J.—Attempted Robbery, 1st Degree.) Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMANUEL TUBBINS, Appellant. [771 NYS2d 788]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Ronald H. Tills, A.J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNEY L. WATTS, Appellant. [771 NYS2d 788]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Attempted Burglary, 2nd Degree.) Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Scudder and Kehoe, JJ.